# Exhibit D

12084370



**U.S. Department of Labor**
Wage and Hour Division
233 Peachtree St. NE
Atlanta, GA 30303
Telephone:  (770) 738-6464
Fax:            (404) 331-0311



U.S. Wage and Hour Division

April 4, 2018

RETURN RECEIPT REQUESTED: 7016 1370 0001 0786 2559

J.C. Castro, Owner / H-2A Labor Contractor
J.C. Castro Harvesting, LLC
d/b/a Castro Harvesting
1537 Tom Odum Rd.
Vidalia, GA  30474

**Subject:    Notice of Back Wage and Civil Money Penalty Payments Due and Final Debarment**

Case File No.: 1797730

Dear Mr. Castro:

This is in reference to the recent investigation of your firm relating to the requirements applicable to the employment of H-2A and other workers under the Immigration and Nationality Act (INA) as amended by the Immigration Reform and Control Act (IRCA) (8 U.S.C. §§ 1101(a)(15)(H)(ii)(a),1184(c), and 1188).

On January 19, 2018, you were notified in a determination letter of an assessment against J.C. Castro Harvesting, LLC, d/b/a Castro Harvesting; and J.C. Castro, an individual ("Employer") by the Wage and Hour Division, U.S. Department of Labor, of a civil money penalty in the total amount of $81,076.20 and of back wages owed to 122 workers in the amount of $28,177.44 for violations of Section 218 of the INA and applicable regulations at 20 C.F.R. Part 655 and 29 C.F.R. Part 501 issued pursuant thereto. In addition, you were notified that as a consequence of the substantial violations committed, the Administrator determined that you shall be debarred from applying to the Department of Labor for H-2A certification for a period of 3 years from the date identified in the Notice of Debarment.

**You have failed to take timely exception to this determination of back wages owed, civil money penalty, and debarment. Therefore, the determination of the Administrator became a final and unappealable Order of the Secretary of Labor on February 27, 2018.** The amount of the penalty is due immediately to "Wage and Hour Division, U.S. Department of Labor." Payment by certified check or money order shall be delivered or mailed to Southeast Regional Office, U.S. Department of Labor - Wage and Hour, 61 Forsyth Street SW, Room 7M80, Atlanta, GA 30303. You also have the option to pay online by ACH transfer, credit card,

debit card, or digital wallet by going to https://pay.gov/public/form/start/75522411 or by going to www.pay.gov and searching "WHD CMP Payment - SE Region".

As you were advised in the determination letter, this debt is subject to the assessment of interest, administrative cost charges and penalties in accordance with the Debt Collection Act of 1982, and departmental policies. Interest will be assessed at the Treasury Tax and Loan Account Rate on any balance outstanding from the date of this notice, accruing from the notice date. Administrative cost charges will be assessed to help defray the Government's cost of collecting this debt. A penalty at the rate of 6% will be assessed on any portion of the debt remaining delinquent for more than 90 days. In order to avoid these charges, J.C. Castro must forward payment, as directed above. Please note that any pending bankruptcy action may affect the foregoing remedies. This case is being referred to the Regional Office for appropriate collection action.

Sincerely,

Lisa J. Kelly
Assistant District Director

cc:   U.S. Department of Labor
      Wage and Hour Division
      Attn: Immigration and Farm Labor Branch
      200 Constitution Avenue NW
      S-3510
      Washington, D.C. 20210

      Regional Administrator
      Wage and Hour Division
      U.S. Department of Labor
      61 Forsyth St., Room 7M40
      Atlanta, GA 30303

      Associate Regional Solicitor
      U.S. Department of Labor
      61 Forsyth St., Room 7T10
      Atlanta, GA 30303

      Lenalle Geiger, Accountant
      112 NW. Broad St.
      Lyons, GA 30436