# Exhibit E

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
P. O. BOX 830794
BIRMINGHAM, AL  35283-0794



September 23, 2019



Castro Harvesting (H2aLC)
1537 Tom Odum Rd.
Vidalia, GA  30474

### Our records indicate that you owe the U.S. Government $153,449.92.

The Southeast Region CMP, DOL - Wage and Hour Division (WHD), referred your unpaid debt to the U.S. Department of the Treasury, Bureau of the Fiscal Service, for immediate collection.  You must immediately pay your debt to stop collection action and prevent the addition of more interest, penalties and administrative costs.

Treasury Case Number: L31544625
Agency Debt Number: 43406

### How Do I Pay My Debt?
Pay Online: Visit www.pay.gov/paygov/paymydebt and follow the instructions to pay online.

Pay By Phone: Call (888) 826-3127 and provide our agent your debit card information.  You may also discuss payment options with representatives at this number if you are unable to satisfy the debt immediately.  Hearing impaired persons may use the Federal Relay Service by dialing (800) 877-8339 to reach a Communications Assistant, who will dial the toll free number.

Pay By Mail: Mail your payment and completed payment coupon to the address below.  If you pay by check, include the Treasury Case Number L31544625 in the memo section of your check.  When you provide a check as payment, you authorize us to use the information from your check to make a one-time electronic funds transfer from your account or to process your payment as a check transaction.

### What If I Do Not Pay My Debt?
As allowed by federal law, we may withhold some or all monies from your tax refunds and other federal and state payments.  We may garnish your wages, refer your unpaid debt to a collection agency and report your debt to the credit bureaus, which could hurt your credit score.  You will find further information online at www.fiscal.treasury.gov/debt.  If you wish to send us written correspondence, other than payments, please address it to: U.S. Department of the Treasury, P.O. Box 830794, Birmingham, AL 35283-0794.  DO NOT send payments to this address.

U. S. Department of the Treasury, Bureau of the Fiscal Service

DSBDL   003    fdv1              DETACH HERE         0000001030L31544625  DL   0010308020 108

### PAYMENT COUPON
*Includes applicable interest, administrative costs and penalties.

Name Of Debtor:  Castro Harvesting (H2aLC)
Treasury Case Number: L31544625

*Amount Due: $153,449.92

Send your payment to:
U.S. Department of the Treasury
P.O. Box 979101
St. Louis, MO 63197-9000

METHOD OF PAYMENT
Pay online at www.pay.gov/pay.gov/paymydebt or select one below:

☐ Check   ☐ Money Order     Amount Enclosed $_____

☐ Debit Card Account Number: _____
                               (We do not accept credit cards)

Expiration Date: _____   AuthorizedAmount: _____

Authorized Signature: _____

979101    L31544625 0    0015344992   9

