# Exhibit G



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Wage & Hour Division
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

JC Castro LLC dba Castro Harvesting
1537 Tom Odum Rd
Vidalia, GA 30474

RE: Treasury Claim TRFM12084371

I certify that the U.S. Department of Labor (DOL), Wage & Hour Division (WHD) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |
|---:|---|
| Principal: | $116,391.60 |
| Interest through 03/16/22*: | $ 3,319.53 |
| Penalty fee through 03/16/22*: | $ 18,518.38 |
| Admin fee: | $ 10.00 |
| DMS fees: | $ 44,236.64 |
| DOJ fees: | $ 5,643.59 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 03/16/22:**       **$188,119.74**

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, interest continues to accrue at the rate of 1% per annum ($3.19 daily) as well as a penalty at the rate of 6% per annum ($19.13 daily).

This debt reportedly arose in connection with back wages owed to 63 workers as well as penalties for the substantial violations of Section 218 of the Immigration & Nationality Act (INA), Immigration Reform & Control Act (IRCA), and applicable regulations at 20 CFR Part 655 & 29 CFR Part 501, as noted in a determination letter provided to the debtor on January 19, 2018.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Wage & Hour Division.

X _Ashleigh Edmonds_

Signed by: Bureau of the Fiscal Service
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service