# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J.C. CASTRO LLC DBA CASTRO )<br>HARVESTING, )<br>)<br>Defendant. ) | Civil Action No. 6:23CV00025 |

## CLERK'S ENTRY OF DEFAULT

All known defendants, namely J.C. Castro LLC DBA Castro Harvesting were served with a copy of the Summons and United States' Complaint by the United States Marshal's Service. It appears from the record in this case that J.C. Castro failed to respond and the time to do so has expired.

Now, on application of Plaintiff, the United Staters of America, the default of all known potential claimants; any heirs, successors, and assigns; and all persons and entities is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

This 9th day of August 2023



JOHN E. TRIPLETT, CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

By: *Tara H. Burton*
Deputy Clerk